in the united states western district of north carolina district court

RECEIVED
ASHEVILLE, N.C.
NOV 05 2018
Clerk, U.S. Dist. Court
W. Dist. of N.C.

j'barr'e hope

v

REHABILATIVE DIVERSION UNIT OF MARION CORRECTIONAL

Motion to Disqualify

I

Comes now j'barr'e hope, movant pro se and hereby moves this court to excercise it's juridical powers and disqualify the N.C. DEPARTMENT OF JUSTICE and the N.C. D.P.S. GENERAL COUNSEL OFFICE from providing legal assistance or advice to the defendant in this case.

II

The matter is properly before the court ad litem.

III

(1) The N.C. DEPARTMENT OF JUSTICE is authorized to represent and provide legal assistance to departments, institutions, and agencies of the STATE. see A .0107(a) N.C. DPS D.O.P. Policy & Procedures (2016)

(2) The N.C. D.P.S. GENERAL COUNSEL OFFICE is authorized to support the Director of Prisons and His/Her staff on matters of interest that require legal assistance and or legal opinion. see id at (b).

(3) The REHABILATIVE DIVERSION UNIT of MARION CORRECTIONAL is not a department, institution, or agency of the STATE, (See REHABILATIVE DIVERSION UNIT PROGRAM OVERVIEW see also id at .0106(a)(4).) nor is it's staff the Director of Prisons or other prison staff. see INSTITUTION OVERVIEW viz R.D.U. Program.

j'barr'e hope 10-23-18